**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

TERRY FRANK, on behalf of himself and all
other similarly situated,

       Plaintiff,

       *vs.*                Case No. 1:17-cv-01239-WCG

RGS FINANCIAL INC., a Texas Corporation;
and, JOHN AND JANE DOES NUMBERS 1
THROUGH 25,

       Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL

     **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Terry Frank,

Plaintiff, hereby stipulates to and gives notice of dismissal of this action in its entirety, with

prejudice as to himself and without prejudice as to the rights of the unnamed putative class

members and without further costs or disbursements by or against any party.

     **IT IS SO STIPULATED** this 13th Day of May 2019.


*s/ Patrick A. Watts*

Patrick A. Watts (MO Bar No. 61701)
  *Attorney for Defendant, RGS Financial, Inc.*
WATTS LAW GROUP, LLC
212 South Bemiston Avenue, Suite 200
St. Louis, MO 63105
Telephone: (877) 314-3223
E-Mail: pwatts@swattslaw.com

*s/ Andrew T. Thomasson*

Francis R. Greene (WI Bar # 1115577)
Philip D. Stern (NJ Bar # 045921984)
Andrew T. Thomasson (NJ Bar # 048362011)
  *Attorneys for Plaintiff*
STERN•THOMASSON LLP
150 Morris Avenue, 2nd Floor
Springfield, New Jersey 07081-1315
Telephone:  (973) 379-7500
E-Mail: francis@sternthomasson.com
E-Mail: philip@sternthomasson.com
E-Mail: andrew@sternthomasson.com